FILED _____ LODGED
_____ RECEIVED

JUL 1 1 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEVIELLE JOHNSON,            )    NO. C03-5386 RBL
                             )
           Plaintiff,        )    **JURY DEMAND**
                             )
v.                           )
                             )
BOYS AND GIRLS CLUBS OF PIERCE )
COUNTY,                      )
                             )
           Defendant.        )
_____)

COMES NOW the Plaintiff and hereby requests for a six person jury in the above referenced matter.

DATED this 8th day of July, 2003.

**MANN, JOHNSON, WOOSTER & McLAUGHLIN, P.S.**

_____
RICHARD H. WOOSTER, WSBA #13752
Attorney for Plaintiff

JURY DEMAND

03-CV-05386-JY

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile